July 11, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

THE STATE OF TEXAS, Appellant

NO. 14-13-00427-CR                              V.

DALE GILBERT MOORE, Appellee

_____

Today the Court heard the State's motion to dismiss the appeal from the order signed by the court below on April 26, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.